IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DARRELL JOHNSON PLAINTIFF

v. Civil No.: 6:26-cv-06065-SOH

ARKANSAS DEPARTMENT OF
CORRECTIONS; SEIGAL; OTTS; and
DEPUTY WHITE DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed August 14, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Therefore, the Court adopts the Report and Recommendation in its entirety and finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge